# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ROBIN J. STAVER & CHARLES F. STAVER  
91 THICKET LANE  
SOUTH BELOIT, IL  61080

SSN-xxx-xx-4188 & xxx-xx-9300

Case Number: 07-72539

Case filed on:  10/19/2007  
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,250.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY TERRENCE T MONAHAN | 2,266.00 | 2,266.00 | 1,766.00 | 0.00 |
|  | Total Legal | 2,266.00 | 2,266.00 | 1,766.00 | 0.00 |
| 061 | ILLINOIS DEPARTMENT OF REVENUE | 110.74 | 110.74 | 0.00 | 0.00 |
|  | Total Priority | 110.74 | 110.74 | 0.00 | 0.00 |
| 999 | ROBIN J. STAVER | 0.00 | 0.00 | 1,353.11 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,353.11 | 0.00 |
| 001 | AMERIFIRST HOME IMPROVEMENT FINANCE | 3,795.78 | 3,795.78 | 0.00 | 0.00 |
| 002 | DAIMLER CHRYSLER SERVICES | 18,275.00 | 0.00 | 0.00 | 0.00 |
| 003 | CITIFINANCIAL | 18,006.15 | 0.00 | 0.00 | 0.00 |
| 005 | WELLS FARGO HOME MORTGAGE | 12,881.50 | 0.00 | 0.00 | 0.00 |
| 056 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 52,958.43 | 3,795.78 | 0.00 | 0.00 |
| 002 | DAIMLER CHRYSLER SERVICES | 8,224.88 | 0.00 | 0.00 | 0.00 |
| 004 | HEIGHTS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ACS / COLLEGE LOAN CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ECMC | 16,323.04 | 7,835.06 | 0.00 | 0.00 |
| 008 | AMCORE BANK NA | 1,202.79 | 577.34 | 0.00 | 0.00 |
| 009 | AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AMERICAN EXPRESS CENTURION BANK | 1,953.32 | 937.59 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 3,270.37 | 1,569.78 | 0.00 | 0.00 |
| 012 | BLACKHAWK MEATS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | B-REAL LLC | 2,649.11 | 1,271.57 | 0.00 | 0.00 |
| 014 | CHECK N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 1,931.54 | 927.14 | 0.00 | 0.00 |
| 016 | CITIFINANC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CREDIT FIRST NA | 724.57 | 347.79 | 0.00 | 0.00 |
| 019 | CREDIT INTERNATIONAL CORPORATION | 75.00 | 36.00 | 0.00 | 0.00 |
| 020 | DELL FINANCIAL SERVICES LP | 2,690.70 | 1,291.54 | 0.00 | 0.00 |
| 021 | DELL FINANCIAL SERVICES LP | 2,195.05 | 1,053.62 | 0.00 | 0.00 |
| 022 | F & F TIRE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | FAMILY DOLLAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ECAST SETTLEMENT CORPORATION | 576.30 | 276.62 | 0.00 | 0.00 |
| 025 | GLOBAL PAYMENTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | GOLDKEY CRED | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | JONES DAIRY FARM | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | K - MART 04255 | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | WORLD FINANCIAL NETWORK NATIONAL BANK | 349.50 | 167.76 | 0.00 | 0.00 |
| 030 | LLOYD & MCDANIEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,414.07 | 678.75 | 0.00 | 0.00 |
| 032 | MINOR PROCEDURE, S.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | NDC CK SVC | 59.91 | 28.76 | 0.00 | 0.00 |
| 034 | NICK JR. PLAY TO LEAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | NICK JR. SUPPLEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | NRWSTB / GLHEC | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | NTL RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | NTL RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | RESURGENT CAPITAL SERVICE / SHERMAN ACQU | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | RESURGENT CAPITAL SERVICE / SHERMAN ACQU | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | CREDITORS BANKRUPTCY SERVICE | 488.79 | 234.62 | 0.00 | 0.00 |
| 042 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | TARGET NATIONAL BANK | 325.47 | 156.23 | 0.00 | 0.00 |
| 044 | ASSET ACCEPTANCE CORP | 1,800.00 | 864.00 | 0.00 | 0.00 |
| 045 | THE HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | UNITED CREDIT SERVICE INC | 141.00 | 67.68 | 0.00 | 0.00 |
| 047 | UNITED CREDIT SERVICE INC | 110.00 | 52.80 | 0.00 | 0.00 |
| 048 | BELOIT CLINIC | 193.04 | 92.66 | 0.00 | 0.00 |
| 049 | UNIVERSITY OF PHOENIX | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 050 | WAL - MART | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | WORLD FINANCIAL NETWORK NATIONAL BANK | 430.85 | 206.81 | 0.00 | 0.00 |
| 052 | ZENITH ACQUISITION | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | ROUNDUP FUNDING LLC | 3,959.69 | 1,900.65 | 0.00 | 0.00 |
| 054 | CHRYSLER FINANCIAL CORPORATION | 4,605.05 | 0.00 | 0.00 | 0.00 |
| 055 | UNITED CREDIT SERVICE INC | 25.00 | 12.00 | 0.00 | 0.00 |
| 057 | JEFFERSON CAPITAL SYSTEMS, LLC | 323.21 | 155.14 | 0.00 | 0.00 |
| 058 | KUNZ AUTO | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | PORTFOLIO RECOVERY ASSOCIATES | 2,918.84 | 1,401.04 | 0.00 | 0.00 |
| 060 | PORTFOLIO RECOVERY ASSOCIATES | 2,918.84 | 0.00 | 0.00 | 0.00 |
| 061 | ILLINOIS DEPARTMENT OF REVENUE | 30.00 | 14.40 | 0.00 | 0.00 |
| | Total Unsecured | 61,909.93 | 22,157.35 | 0.00 | 0.00 |
| | Grand Total: | 117,245.10 | 28,329.87 | 3,119.11 | 0.00 |

Total Paid Claimant:       $3,119.11
Trustee Allowance:         $130.89
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008            By  /s/Heather M. Fagan